UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DIRECTORS OF OH-KY-WV
BRICKLAYERS COMBINED FUNDS, INC.,

    Plaintiff,

vs.

DAY MASONRY, LLC, *et al.*,

    Defendants.

Case No. 3:24-cv-247

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

_____

**ORDER: (1) STAYING THIS CASE; (2) REQUIRING DEFENDANTS TO FILE A STATUS REPORT EVERY SIX MONTHS BEGINNING ON DECEMBER 23, 2025; (3) REQUIRING DEFENDANTS TO NOTIFY THE COURT WITHIN 30 DAYS AFTER THE BANKRUPTCY PROCEEDINGS ARE RESOLVED; AND (4) REQUIRING DEFENDANTS TO NOTIFY THE COURT WITHIN 30 DAYS IF THIS CASE BECOMES MOOT AS A RESULT OF THE BANKRUPTCY PROCEEDINGS**
_____

    Pursuant to the recently filed notice of bankruptcy, advising the Court of the bankruptcy filing by Defendants Eric Holliman and DAY Masonry, LLC (Doc. No. 17), the Court hereby **ORDERS** this case **STAYED** against Defendants under 11 U.S.C. § 362(a), pending conclusion of Defendants' bankruptcy proceedings.

    Defendants shall keep the Court apprised of the status of the bankruptcy case by **FILING A STATUS REPORT** in the present case every six months beginning on **December 23, 2025**.

    Defendants shall also **NOTIFY** the Court within 30 days after the bankruptcy is resolved. If this case becomes moot as a result of the bankruptcy proceedings, Defendants shall likewise **NOTIFY** the Court within 30 days.

    **IT IS SO ORDERED.**

June 30, 2025                                                         s/*Michael J. Newman*
                                                                                 Hon. Michael J. Newman
                                                                                 United States District Judge